JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WARD,<br><br>    Petitioner,<br><br>    v.<br><br>VICTOR M. ALMAGER, Warden,<br><br>    Respondent. | CASE NO. SACV 06-0936 SVW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Dec 3, 2008

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE